1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   ALAMEDA COUNTY ELECTRICAL              Case No. 13-cv-00883-WHO
    INDUSTRY SERVICE CORPORATION, et
8   al.,                                   **ORDER ADOPTING REPORT AND**
                                           **RECOMMENDATION, AS MODIFIED**
               Plaintiffs,
9                                          Re:  Dkt. No. 27, 31
          v.
10
    NORTHERN STATES ELECTRIC INC., et
11  al.

12             Defendants.

13

14          I have reviewed Magistrate Judge Beeler's November 6, 2014 report and recommendation

15  that the plaintiffs' application for default judgment be granted.  Dkt. No. 31.  No party objected to

16  the report and recommendation within 14 days as required under 28 U.S.C. § 636 and Federal

17  Rule of Civil Procedure 72.  Judge Beeler's report and recommendation is correct, well-reasoned

18  and thorough.  The report and recommendation is ADOPTED, subject to the modification

19  discussed below.

20          Judge Beeler recommended that the Court approve a default judgment against defendant

21  Northern States Electric Inc. for $184,995.77, which comprises $74,481.27 in delinquent

22  contributions, $18,704.86 in liquidated damages, $31,268.46 in interest, $1,766.18 in costs, and

23  $58,775.00 in attorneys' fees. Dkt. No. 31 at 15.  However, the report and recommendation

24  omitted application of the statutory cap on liquidated damages, under which liquidated damages

25  are capped at 20 percent of unpaid contributions to a benefits plan.  29 U.S.C. 1132(g)(2)(C)(ii).

26  Defendants' unpaid contributions amounted to $74,481.27, 20% of which is $14,896.25.  Dkt. No.

27  27-3 at 3.  I accordingly award plaintiffs $14,896.25 in liquidated damages rather than the

28  $18,704.86 Judge Beeler recommended, resulting in a judgment of $181,187.16.

1    Judge Beeler's report and recommendation is ADOPTED AS MODIFIED.  Plaintiffs'

2 application for default judgment is GRANTED.  JUDGMENT is entered against NSE for

3 $181,187.16.

4        **IT IS SO ORDERED**.

5 Dated:  December 18, 2014

6 

7 WILLIAM H. ORRICK
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2