EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): |
|---|
| After recording, return to:<br>Christine S. Hwang (SBN 184549)<br>Sara B. Tosdal (SBN 280322)<br>Leonard Carder, LLP<br>1188 Franklin Street, Suite 201<br>San Francisco, CA 94109<br>TEL NO.: 415-771-6400  FAX NO. (optional): 415-771-7010<br>E-MAIL ADDRESS (Optional):<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD |

UNITED STATES DISTRICT COURT, COUNTY OF N. Dist. California
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco

E-DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: 2/20/15
RICHARD W. WIEKING, Clerk
By: _____, Deputy Clerk
ALFRED AMISTOSO

FOR RECORDER'S USE ONLY

PLAINTIFF: Alameda County Electrical Industry Service Corporation et al.
DEFENDANT: Northern States Electric, Inc. et al.

CASE NUMBER: 3:13-cv-0083-WHO

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ Northern States Electric, Inc. │
      │ 325 Earhart Way              │
      │ Livermore, CA 94551          │
      └─────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

      Northern State Electric, Inc., 322 Lindbergh Avenue, Livermore, CA 94551

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Please see attached

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: February 10, 2015
Sara B. Tosdal
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $181,187.16
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): December 22, 2014
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

**RICHARD W. WIEKING**

This abstract issued on (date): 2/20/15

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy
ALFRED AMISTOSO

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |





| PLAINTIFF: Alameda County Electrical Industry Service Corporation et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Northern States Electric, Inc. et al. | 3:13-cv-0083-WHO |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
    Please see attached.

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.   Name and last known address

17.   Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.   Name and last known address

19.   Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

---

EJ-001 [Rev. July 1, 2014]     **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**     Page 2 of 2

## ATTACHMENT TO ABSTRACT OF JUDGMENT
*Alameda County Electrical Industry Service Corporation et al. v. Northern States Electric Inc.*,
Case No. 13-cv-00883-WHO

Parties to this action are as follows:
    *Defendant*: Northern States Electric, Inc.
    *Plaintiffs*: Alameda County Electrical Industry Service Corporation ("EISC");
        IBEW Local 595 Health & Welfare Trust Fund;
        IBEW Local 595 Pension Trust Fund;
        IBEW Local 595 Money Purchase Pension Trust Fund;
        IBEW Local 595 Vacation Fund;
        IBEW Local 595 Apprentice & Training Fund;
        Electrical Contractors Trust;
        Contract Administration Fund;
        Labor Management Cooperation Fund (collectively "IBEW 595 Trust Funds");
        Boards of Trustees of IBEW 595 Trust Funds; and
        Boards of Directors of EISC.

Judgment creditors are as follows:
        Alameda County Electrical Industry Service Corporation ("EISC");
        IBEW Local 595 Health & Welfare Trust Fund;
        IBEW Local 595 Pension Trust Fund;
        IBEW Local 595 Money Purchase Pension Trust Fund;
        IBEW Local 595 Vacation Fund;
        IBEW Local 595 Apprentice & Training Fund;
        Electrical Contractors Trust;
        Contract Administration Fund;
        Labor Management Cooperation Fund (collectively "IBEW 595 Trust Funds");
        Boards of Trustees of IBEW 595 Trust Funds; and
        Boards of Directors of EISC.

    Judgment creditors can be reached at:
        Leonard Carder, LLP
        1188 Franklin Street, Suite 201
        San Francisco, CA 94109