CHRISTINE S. HWANG (SBN 184549)
SARA B. TOSDAL (SBN 280322)
AMY ENDO (SBN 272998)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
stosdal@leonardcarder.com
aendo@leonardcarder.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHERN STATES ELECTRIC, INC.; MARSHA CARLSON; AND DOES ONE through TEN, *inclusive*,<br><br>    Defendants. | Case No. 13-cv-00883-WHO<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) OF DEFENDANT CARLSON** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Alameda County Electrical Industry Service Corporation, et al. voluntarily dismiss without prejudice this action as to Defendant Marsha Carlson only. Plaintiffs do not voluntarily dismiss this action as to any other Plaintiffs or Defendants or as to any other claims. Plaintiffs may dismiss this action without a Court order because Defendant Carlson has not filed an answer or a motion for summary judgment in this case. Fed. R. Civ. Pr. 41(a)(1)(A)(i).

///

///

1  Dated: March 18, 2015                    Respectfully submitted,

2                                           LEONARD CARDER, LLP

3                              By:     /s/ Sara B. Tosdal
4                                      Christine S. Hwang (SBN 184549)
                                       Sara B. Tosdal (SBN 280322)
5                                      Amy Endo (SBN 272998)
                                       LEONARD CARDER, LLP
6                                      1188 Franklin Street, Suite 201
                                       San Francisco, CA 94109
7                                      Tel: (415) 771-6400
8                                      Fax: (415) 771-7010
                                       chwang@leonardcarder.com
9                                      stosdal@leonardcarder.com
10                                     aendo@leonardcarder.com

11                                     *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years old and not a party to the within action; my business address is 1188 Franklin Street, Suite 201, San Francisco, CA, 94109.

On **March 18, 2015**, I served a true and accurate copy of the foregoing document(s):

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) OF DEFENDANT CARLSON**

on all interested parties in this action as follows:

| | |
|---|---|
| **Northern States Electric** | **Marsha Carlson** |
| 325 Earhart Way | 611 La Gonda Way |
| Livermore, CA 94551 | Danville, CA 94526 |

☑ **BY MAIL:** I enclosed the document(s) above in a sealed envelope or package addressed to the persons at the addresses above. Following ordinary business practices, the envelope was sealed with postage fully prepaid and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date at San Francisco, CA.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 18, 2015** at San Francisco, California.

_____
Leslie Rose

CERTIFICATE OF SERVICE