**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | |
|---|---|

After recording, return to:
Christine S. Hwang (SBN 184549)
Sara B. Tosdal (SBN 280322)
Leonard Carder, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
TEL NO.: 415-771-6400     FAX NO. (optional): 415-771-7010
E-MAIL ADDRESS *(Optional):*

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF N. Dist. California
STREET ADDRESS:   450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE:  San Francisco, CA 94102
BRANCH NAME:  San Francisco

**EC: DOCUMENT**

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Northern District of California.
Date Filed: 5/28/15
RICHARD W. WIEKING, Clerk
By: _____, Deputy Clerk
**ALFRED AMISTOSO**

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Alameda County Electrical Industry Service Corporation et al.

DEFENDANT: Northern States Electric, Inc. et al.

CASE NUMBER:
3:13-cv-00883-WHO

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [X] Amended

*FOR COURT USE ONLY*

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address
       Northern States Electric, Inc.
       325 Earhart Way
       Livermore, CA 94551

   b.  Driver's license no. [last 4 digits] and state:   [X] Unknown
   c.  Social security no. [last 4 digits]:   [X] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   Northern State Electric, Inc., 322 Lindbergh Avenue, Livermore, CA 94551

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Please see attached

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 21, 2015
Sara B. Tosdal
(TYPE OR PRINT NAME)

► _____ (SIGNATURE OF APPLICANT OR ATTORNEY)

6.  Total amount of judgment as entered or last renewed:
    $181,187.16
7.  All judgment creditors and debtors are listed on this abstract.
8.  a.  Judgment entered on *(date):*  December 22, 2014
    b.  Renewal entered on *(date):*

9.  [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
5/28/15

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*
        **RICHARD W. WIEKING**

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____ **ALFRED AMISTOSO** , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Alameda County Electrical Industry Service Corporation et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Northern States Electric, Inc. et al. | 3:13-cv-00883-WHO |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
    Please see attached.

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ⌐  Name and last known address  ¬

    Driver's license no. [last 4 digits] and state:
    ☐ Unknown
    Social security no. [last 4 digits]:
    ☐ Unknown

    Summons was personally served at or mailed to *(address):*

17. ⌐  Name and last known address  ¬

    Driver's license no. [last 4 digits] and state:
    ☐ Unknown
    Social security no. [last 4 digits]:
    ☐ Unknown

    Summons was personally served at or mailed to *(address):*

18. ⌐  Name and last known address  ¬

    Driver's license no. [last 4 digits] and state:
    ☐ Unknown
    Social security no. [last 4 digits]:
    ☐ Unknown

    Summons was personally served at or mailed to *(address):*

19. ⌐  Name and last known address  ¬

    Driver's license no. [last 4 digits] and state:
    ☐ Unknown
    Social security no. [last 4 digits]:
    ☐ Unknown

    Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

## ATTACHMENT TO ABSTRACT OF JUDGMENT
*Alameda County Electrical Industry Service Corporation et al. v. Northern States Electric Inc.,*
## Case No. 13-cv-00883-WHO

Parties to this action are as follows:

*Defendant*: Northern States Electric, Inc.

*Plaintiffs*: Alameda County Electrical Industry Service Corporation ("EISC");

  IBEW Local 595 Health & Welfare Trust Fund;

  IBEW Local 595 Pension Trust Fund;

  IBEW Local 595 Money Purchase Pension Trust Fund;

  IBEW Local 595 Vacation Fund;

  IBEW Local 595 Apprentice & Training Fund;

  Electrical Contractors Trust;

  Contract Administration Fund;

  Labor Management Cooperation Fund (collectively "IBEW 595 Trust Funds");

  Boards of Trustees of IBEW 595 Trust Funds; and

  Boards of Directors of EISC.

Judgment creditors are as follows:

  Alameda County Electrical Industry Service Corporation ("EISC");

  IBEW Local 595 Health & Welfare Trust Fund;

  IBEW Local 595 Pension Trust Fund;

  IBEW Local 595 Money Purchase Pension Trust Fund;

  IBEW Local 595 Vacation Fund;

  IBEW Local 595 Apprentice & Training Fund;

  Electrical Contractors Trust;

  Contract Administration Fund;

  Labor Management Cooperation Fund (collectively "IBEW 595 Trust Funds");

  Boards of Trustees of IBEW 595 Trust Funds; and

  Boards of Directors of EISC.

  Judgment creditors can be reached at:

   Leonard Carder, LLP

   1188 Franklin Street, Suite 201

   San Francisco, CA 94109